FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

JUN 02 2016

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff,

vs.

KASSAM SHAMESH

Defendant.

Case Number: 5:16-PO-00245-MLC

## WAIVER OF DEFENDANT'S RIGHTS TO BE REPRESENTED BY COUNSEL
## EITHER RETAINED OR APPOINTED

I, SHAMESH, KASSAM, defendant in the above designated action, having appeared before the Honorable Mark L. Carman, United States Magistrate Judge for the District of Wyoming, who has fully informed me of: (1) the charges(s) set forth in the complaint or violation notice; (2) the range of penalties, including the maximum sentence of confinement and fine, that may be imposed upon conviction; (3) my right to be represented by counsel and that if I am financially unable to employ counsel, I may request the Court to appoint counsel to represent me; and (4) that the Court will not appoint counsel if a sentence of confinement will not be imposed; do hereby, with the full understanding of the charge(s) and with full realization that in defending this charge(s) the experience and professional training of an attorney would be helpful, specifically waive the right to be represented by counsel in this case, either retained or appointed, and I do hereby state that the above-named Magistrate Judge has made personal inquiry of me to ascertain my thorough knowledge and understanding of all that I have herein stated.

Dated this 24 day of May, 2016.

/s/
Signature of Defendant

6-2-2016

Mark L. Carman
United States Magistrate Judge

WY 70-M